## Barnes v. Stoughton et al.

*Foreclosure — opening sale.*

In an application for a re-sale of mortgaged premises upon the ground that the premises sold did not bring their full value, the moving affidavits showed, not what was the true market, but a speculative value. *Held*, that a re-sale should not be ordered.

APPEAL from an order of the special term denying a motion by one of the purchasers at a foreclosure sale, for a re-sale of the mortgaged premises.

*Wakeman & Latting*, for the purchaser.

*Otis T. Hall*, for the creditors.

*James R. Marvin*, for plaintiff.

TAPPEN, J.

The premises had, under the judgment of foreclosure, been sold three times, and the sale opened twice. Upon the third sale the manner of sale was agreed upon by all parties. The opinion is chiefly devoted to a consideration of facts, and the judgment of the special term was affirmed on the ground that such facts did not warrant an opening of the sale. The head-note gives all of value for publication.

*Order affirmed.*